**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 58 WM 2017
:
Respondent :
:
:
:
v. :
:
:
:
DAVID ALBERT BONIELLA, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.